No. 93–659. MILLER v. LA ROSA ET AL., 510 U. S. 1109. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 93–936. NORTH STAR STEEL CO., INC. v. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, 510 U. S. 1114. Petition for rehearing denied. JUSTICE BLACKMUN would call for a response to the petition for rehearing.

APRIL 19, 1994

No. 93–7899. KUYKENDALL v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.